# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-14-520-CV

**In re Daniel J. Barrera, Relator**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### O R D E R

**PER CURIAM**

Relator Daniel J. Barrera has filed a petition for writ of mandamus and an emergency motion for temporary relief. *See* Tex. R. App. P. 52.8, 52.10. We grant relator's emergency motion for temporary relief and stay the trial court's order granting the real party in interest's motion to compel, which was signed on August 18, 2014, pending further order of this Court. The Court orders the real party in interest to file a response to the petition for writ of mandamus on or before August 29, 2014.

It is so ordered on August 22, 2014.


Before Justices Puryear, Pemberton, and Field